IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENNIS E. HOWE                                                                       PLAINTIFF

vs.                                       Civil No. 2:10-cv-02183

MICHAEL J. ASTRUE                                                DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On February 24, 2011, Dennis E. Howe ("Plaintiff") filed this Motion To Dismiss With Prejudice. ECF No. 11. Defendant did not respond or file objections to this motion. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. FED. R. CIV. P. 41(a)(2). Defendant has asserted no counterclaims and has not objected to this motion. After taking into consideration said Motion, the Court finds the Plaintiff's motion should be **GRANTED** and Plaintiff's case be dismissed with prejudice.

**ENTERED this 7th day of April, 2011.**

                                                                    /s/  Barry A. Bryant
                                                                    HON. BARRY A. BRYANT
                                                                    U.S. MAGISTRATE JUDGE