IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENNIS E. HOWE                                                                                    PLAINTIFF

vs.                                          Civil No. 2:10-cv-02183

MICHAEL J. ASTRUE                                                                           DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the **7th day of April 2011**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE